Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Oralia Mejia*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Oralia Mejia,<br><br>                    Plaintiff,<br>   v.<br><br>NP Boulder LLC dba Boulder Station Hotel & Casino,<br><br>                    Defendant. | Case No.: 2:20-cv-02082-GMN-BNW<br><br>**Stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss, ECF No. 6**<br><br>**(First request)** |

Oralia Mejia ("Plaintiff") and NP Boulder LLC dba Boulder Station Hotel & Casino ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's motion to dismiss, filed on December 8, 2020. This is the first request for an extension of this deadline.

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion.

STIPULATION                    - 1 -

1  In good faith and not for the purposes of delay, the parties therefore
2  stipulate that Plaintiff's opposition to the pending motion shall be due on or
3  before **January 5, 2021**.

4  Dated: December 22, 2020.

5  **KIND LAW**

6
7  /s/ Michael Kind
    Michael Kind, Esq.
8  8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89123
9  *Attorney for Plaintiff Oralia Mejia*

10
11  **FISHER PHILIPS**

12  /s/ Scott M. Mahoney
    Scott M. Mahoney, Esq.
13  300 S. Fourth Street, Suite 1500
    Las Vegas, Nevada 89101
14  *Counsel for NP Boulder LLC dba Boulder Station Hotel & Casino*
15

16
17  IT IS SO ORDERED.

18  Dated this 23 day of December, 2020.
19
20
21
22  _____
    Gloria M. Navarro, District Judge
23  UNITED STATES DISTRICT COURT
24
25
26
27

STIPULATION                                                    - 2 -