FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, NP Boulder LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ORALIA MEJIA, | ) | Case No. 2:20-cv-02082-GMN-BNW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| NP BOULDER LLC dba BOULDER | ) | |
| STATION HOTEL & CASINO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant's Motion to Dismiss (ECF No. 6) and Motion to Dismiss First Amended Complaint (ECF No. 12) will be withdrawn and Plaintiff may file his First Amended Complaint (ECF No. 11), subject to Defendant's right to move for the dismissal of any of the claims set forth therein.

KIND LAW                                    FISHER & PHILLIPS LLP

By: /s/ Michael Kind, Esq.              By: /s/ Scott M. Mahoney, Esq.
    8860 S. Maryland Pkwy #106            300 South Fourth Street #1500
    Las Vegas, Nevada  89123              Las Vegas, Nevada  89101
    Attorney for Plaintiff               Attorneys for Defendant

**IT IS SO ORDERED.**          Dated this 25 day of February, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101